UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: APPLICATION FOR          :
                                :  ss. Hartford, Connecticut
SEARCH WARRANT                  :
_____  :

A F F I D A V I T

I, Paul McNiff, being duly sworn, depose and state as follows:

### I.     INTRODUCTION

1. I have been a United States Postal Inspector since August 2019. I am assigned to the Boston Division, working out of Hartford, Connecticut. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of Title 21 U.S.C. §§ 841(a)(1), 843(b) and 846. I have been the affiant on several search warrant applications which have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

2. I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain, Meriden, and Groton Police Departments, a Special Agent from the USPS Office of Inspector General, and a Criminal Analyst from the Connecticut National Guard

3. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

4. I have personally been involved in investigations related to the transportation of marijuana, cocaine, and opiates through the United States Mail. In fact, based on my training and

experience, I am aware that it is common for individuals to ship such controlled substances through the United States Mail.

5. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

6. Based on my training and experience in law enforcement, I am familiar with the methods and techniques used by traffickers of illicit narcotics and pharmaceuticals to transport controlled substances via the U.S. Mail and avoid detection by the United States Postal Service ("USPS"). I am aware of the techniques utilized by traffickers in order to avoid detection by law enforcement. I am also aware that packages later discovered to contain controlled substances often use fictitious information as it relates to the sender's or recipient's name, or both, while utilizing a legitimate address. This provides individuals associated with the package the ability to disguise their relation to the package but still permit the package to be delivered to a valid address.

7. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

8. Because this affidavit is being submitted for the limited purposes of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe establish a violation of federal law, and that evidence of that crime is presently in the package proposed to be searched.

9. Unless stated otherwise:
   a. all communications and other statements of individuals discussed herein are in sum and substance and in pertinent part;
   b. all dates are set forth on or about the approximate date; and
   c. all weights are rounded to the nearest ounce and/or pound and are approximate.

## II.     DESCRIPTION OF THE SUBJECT PARCEL

10.     Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail Express parcel displaying USPS Tracking Number EI 281 237 929 US, addressed to "Bachan Family, 64 Beaman Brook Bloomfield, CT 06002" and bearing a return address of "Richardson Family, 3781 Catalina St, Los Alamitos CA, 90720" (the "SUBJECT PARCEL"), contains evidence of the unlawful possession of controlled substances and/or proceeds derived from the distribution of controlled substances.

11.     On or about June 2, 2022, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance.



12.     A review of database records indicates that the delivery address and name on the SUBJECT PARCEL, Bachan Family, 64 Beaman Brook Bloomfield, CT 06002 is an actual address for residents with the last name Bachan. A review of database records indicates that the sender address on the SUBJECT PARCEL 3781 Catalina St, Los Alamitos CA, 90720 is a real address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, did not produce any last name of Richardson at that address.

13. On June 2, 2022, the SUBJECT PARCEL was examined by a trained narcotics detection dog. The SUBJECT PARCEL was individually placed among four other similar sized parcels prior to the handler arriving. Upon examination of the parcels, the K9 handler informed me that the canine alerted to the SUBJECT PARCEL. The handler left the area with the canine. The parcels, including the SUBJECT PARCEL, were rearranged in different positions on the floor. The handler and canine were called in again. The K9 handler informed me that the canine alerted to the SUBJECT PARCEL once again.

14. Canine General and Detective Miller were certified by the Connecticut State Police, on May 13, 2022, after completing 10 weeks of training and imprinting. General was trained to detect the odor of the following controlled substances; Cocaine, Crack Cocaine, Heroin, MDMA, and Methamphetamine. Upon locating one of these controlled substances Canine General was trained to sit at the source of the odor. This sit is called a "passive alert". This alert may also indicate items recently contaminated with or associated with the odor of one or more controlled substances. Canine General was certified on the recognition of these odors by the Connecticut State Police Forensic Science Lab on May 6, 2022. The team re-certifies on these odors on an annual basis. All certifications are conducted by the Connecticut State Police Forensic Science Lab. Canine General and Detective Miller train daily on all the odors that the dog is trained to detect. Their on-going training averages over 40 hours a month. On-going training includes training in all areas of interdiction, such as vehicles, boats, truck tractor and trailers, people, schools, currency, parcels and mail, airports and airplanes, buses and bus terminals, storage units, residences, trains and train stations, prisons, hotels and motels, apartments, etc. This training includes novel odors, such as odors that are distracting, masking or new. Training includes controlled-negative (blank) testing, in which all objects or locations have no contraband present. Extinction training methods are used to "proof" the dog and prevent him from alerting to common items (such as bags, tins, boxes, etc.) which are commonly associated with controlled substances. Detective Miller maintains daily training logs and these logs are maintained by Detective Miller as well as the Connecticut State Police Canine Unit. Canine General and Detective Miller have participated in hundreds of controlled substance searches and have been present for and observed hundreds more conducted by other canine handlers.

15. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL is evidence of a violation of Title 21, United States Code, Sections

841(a)(1), 844, and 846. The SUBJECT PARCEL is presently in the custody of the U.S. Postal Inspection Service Domicile located at 141 Weston St. Hartford, CT 06101.

### III.  CONCLUSION

16. WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

_____
Paul McNiff
U.S. POSTAL INSPECTOR

Subscribed and sworn to before me by telephone this \_\_\_\_\_ day of June 2022.

_____
HON. ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

## Property to Be Searched

Priority Mail Express parcel displaying USPS Tracking Number EI 281 237 929 US, addressed to "Bachan Family, 64 Beaman Brook Bloomfield, CT 06002" and bearing a return address of "Richardson Family, 3781 Catalina St, Los Alamitos CA, 90720" (the "SUBJECT PARCEL"), Currently in the custody of the U.S. Postal Inspection Service located at 141 Weston St., Hartford CT, 06101.



1

## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.